# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

SENATOR JOSEPH B. SCARNATI AND SENATOR GENE YAW,

        Appellants

        v.

THE COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION AND THE PENNSYLVANIA ENVIRONMENTAL QUALITY BOARD,

        Appellees

: No. 94 MAP 2019
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM:**                                    **DECIDED:  October 21, 2020**

**AND NOW**, this 21st day of October, 2020, the Order of the Commonwealth Court is AFFIRMED.